UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOHNSON, IVORY D. | ) | Case No. 05-26460-JPC |
| | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

    On: **May 20, 2009**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $10,143.48 |
    | Disbursements | $3,333.68 |
    | Net Cash Available for Distribution | $6,809.80 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ  *Trustee Compensation* | $0.00 | $1,764.35 | $20.00 |
| GREGORY K. STERN  *Attorney for Trustee* | $3,316.90 | $0.00 | $0.00 |
| POPOWCER KATTEN, LTD.  *Accountant for Trustee* | $0.00 | $680.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $24,434.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 17.7800%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Paccar Financial | $24,434.22 | $4,345.45 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT | $800.00 |
| HOUSEHOLD GOODS | $650.00 |
| BOOKS, PICTURES | $100.00 |
| WEARING APPAREL | $1,000.00 |
| AUTOMOBILES | $1,055.00 |
| LITIGATION | $0.00 |
| Post-Petition Interest Deposits | $0.00 |

Dated: **April 17, 2009**　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　By:　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　KENNETH S. GARDNER
　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

Trustee:　　　Barry A. Chatz
Address:　　　120 S. Riverside Plaza
　　　　　　　Suite 1200
　　　　　　　Chicago, IL  60606-0000
Phone No.:　　(312) 876-7100

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1             Date Rcvd: Apr 17, 2009
Case: 05-26460                Form ID: pdf002             Total Served: 10

The following entities were served by first class mail on Apr 19, 2009.
db           +Ivory D Johnson,    7239 S Wolcott,    Chicago, IL 60636-3739
aty          +Dean Paolucci,    Select Legal P C,    53 W Jackson Suite 709,    Chicago, IL 60604-3475
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
9546356      +Car Max Hillside,    101 North Wolf Road, Suite 8,    Hillside, IL 60162-1634
9546357      +MBNA America Bank NA,    113 W 3rd Ave,    Gastonia, NC 28052-4320
9546358     ++PACCAR FINANCIAL CORP,    P O BOX 1518,    BELLEVUE WA 98009-1518
              (address filed with court: Paccar Financial,     Paccar Building,    PO Box 1518,
               Bellevue, WA 98009-1518)
9546359      +U.S. Corporate Accounting,    2815 Valley ViewLane,    Ste. 214,    Dallas, TX 75234-4966
9546360       Washington Mutual,    P.O. Box 1093,    Northridge, CA 91328

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                  **Signature:** _Joseph Speetjens_