UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JOHNSON, IVORY D. §   Case No. 05-26460
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,605.00 | Assets Exempt: 5,050.00 |
| Total Distributions to Claimants: 4,345.45 | Claims Discharged Without Payment: 20088.77 |
| Total Expenses of Administration: 5,798.03 | |

3) Total gross receipts of $ 10,143.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,143.48 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,114.93 | 9,114.93 | 5,798.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 24,434.22 | 24,434.22 | 4,345.45 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 33,549.15 | $ 33,549.15 | $ 10,143.48 |

4) This case was originally filed under chapter 7 on 07/01/2005 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2009     By:/s/BARRY A. CHATZ
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION | 1241-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 143.48 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,143.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,764.35 | 1,764.35 | 1,764.35 |
| BARRY A. CHATZ | 2200-000 | NA | 20.00 | 20.00 | 20.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 5.39 | 5.39 | 5.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 5.81 | 5.81 | 5.81 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 5.58 | 5.58 | 5.58 |
| GREGORY K. STERN | 3210-000 | NA | 3,316.90 | 3,316.90 | 0.00 |
| GREGORY K. STERN AND MONICA C. O'BR | 3210-000 | NA | 3,316.90 | 3,316.90 | 3,316.90 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 680.00 | 680.00 | 680.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,114.93 | $ 9,114.93 | $ 5,798.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (9/1/2009) (Page: 4)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PACCAR FINANCIAL | 7100-000 | NA | 24,434.22 | 24,434.22 | 4,345.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 24,434.22 | $ 24,434.22 | $ 4,345.45 |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        05-26460    JPC    Judge: JACQUELINE P. COX
Case Name:      JOHNSON, IVORY D.
For Period Ending: 09/26/09

Trustee Name:                       BARRY A. CHATZ
Date Filed (f) or Converted (c):    07/01/05 (f)
341(a) Meeting Date:                08/12/05
Claims Bar Date:                    01/09/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT checking account with Hemlock | 800.00 | 0.00 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS misc. used household goods | 650.00 | 0.00 | DA | 0.00 | FA |
| 3. BOOKS, PICTURES misc. books, tapes, CDs, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL personal used clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. AUTOMOBILES 1995 Ford Windstar, 80k miles | 1,055.00 | 0.00 | DA | 0.00 | FA |
| 6. LITIGATION (u) Fraudulent transfer of 1/3 interest in real property located at 7239 S. Wolcott, Chicago | Unknown | 9,000.00 | DA | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 143.48 | 0.00 |

TOTALS (Excluding Unknown Values)    $3,605.00    $9,000.00        $10,143.48    $0.00

                                                              Gross Value of Remaining Assets
                                                              (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/30/06    Current Projected Date of Final Report (TFR): 04/14/09

**Exhibit 8**

LFORM1                                                                                      Ver: 15.00a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-26460 -JPC | | Trustee Name: | BARRY A. CHATZ | | | Page: 1 |
| Case Name: | JOHNSON, IVORY D. | | Bank Name: | BANK OF AMERICA, N.A. | | | |
| | | | Account Number / CD #: | ******9463 BofA - Money Market Account | | | |
| Taxpayer ID No: | *******4695 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | | |
| For Period Ending: | 09/26/09 | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/06 | 6 | IVORY JOHNSON | PREFERENCE/FRAUDULENT TRANSFER | 1241-000 | 10,000.00 | | 10,000.00 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.62 | | 10,001.62 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.50 | | 10,010.12 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.23 | | 10,018.35 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.51 | | 10,026.86 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.52 | | 10,035.38 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.24 | | 10,043.62 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.54 | | 10,052.16 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.26 | | 10,060.42 |
| 12/22/06 | 000301 | GREGORY K. STERN and MONICA C. OBRIEN | ATTORNEY FOR TRUSTEE PURSUANT TO ORDER ENTERED 12/21/06 | 3210-000 | | 3,316.90 | 6,743.52 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.54 | | 6,752.06 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.37 | | 6,758.43 |
| 02/05/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM BOND # 016026455 | 2300-000 | | 5.39 | 6,753.04 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.18 | | 6,758.22 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.73 | | 6,763.95 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.56 | | 6,769.51 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.75 | | 6,775.26 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.56 | | 6,780.82 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.76 | | 6,786.58 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.76 | | 6,792.34 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.32 | | 6,796.66 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.34 | | 6,801.00 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.63 | | 6,804.63 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.25 | | 6,807.88 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.70 | | 6,810.58 |
| 02/05/08 | 000303 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM 2/1/08 - 2/1/09 | 2300-000 | | 5.81 | 6,804.77 |
| | | | | Page Subtotals | 10,132.87 | 3,328.10 | |

LFORM24     Ver: 15.00a

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-26460 -JPC | | Trustee Name: | BARRY A. CHATZ | |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JOHNSON, IVORY D. | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******9463 BofA - Money Market Account | |
| Taxpayer ID No: | *******4695 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| For Period Ending: | 09/26/09 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.62 | | 6,806.39 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.61 | | 6,808.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.40 | | 6,809.40 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.86 | | 6,810.26 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.85 | | 6,811.11 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.87 | | 6,811.98 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.86 | | 6,812.84 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.84 | | 6,813.68 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.66 | | 6,814.34 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.55 | | 6,814.89 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 6,815.24 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,815.30 |
| 02/10/09 | 000304 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 5.58 | 6,809.72 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,809.77 |
| 03/18/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 6,809.80 |
| 03/18/09 | | Transfer to Acct #*******9874 | Final Posting Transfer | 9999-000 | | 6,809.80 | 0.00 |

| | COLUMN TOTALS | 10,143.48 | 10,143.48 | |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 6,809.80 | |
| | Subtotal | 10,143.48 | 3,333.68 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 10,143.48 | 3,333.68 | |

Page Subtotals 10.61 6,815.38

Ver: 15.00a

LFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-26460 -JPC | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | JOHNSON, IVORY D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******9874  BofA - Checking Account |
| Taxpayer ID No: | *******4695 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/26/09 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/18/09 | | Transfer from Acct #*******9463 | Transfer In From MMA Account | 9999-000 | 6,809.80 | | 6,809.80 |
| 06/04/09 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,764.35 | 5,045.45 |
| 06/04/09 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 20.00 | 5,025.45 |
| 06/04/09 | 003003 | Popowcer Katten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL  60601 | Claim 000002, Payment 100.0000% | 3410-000 | | 680.00 | 4,345.45 |
| 06/04/09 | 003004 | Paccar Financial<br>Paccar Building<br>PO Box 1518<br>Bellevue, WA 98009-1518 | Claim 000001, Payment 17.7843% | 7100-000 | | 4,345.45 | 0.00 |

| | COLUMN TOTALS | | 6,809.80 | 6,809.80 | |
| --- | --- | --- | --- | --- | --- |
| | Less:  Bank Transfers/CD's | | 6,809.80 | 0.00 | |
| | Subtotal | | 0.00 | 6,809.80 | |
| | Less:  Payments to Debtors | | 0.00 | 0.00 | |
| | Net | | 0.00 | 6,809.80 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| BofA - Money Market Account - *********9463 | | 10,143.48 | 3,333.68 | 0.00 |
| BofA - Checking Account - *********9874 | | 0.00 | 6,809.80 | 0.00 |
| | | 10,143.48 | 10,143.48 | 0.00 |
| | | (Excludes Account | (Excludes Payments | Total Funds |
| | Page Subtotals | 6,809.80 | 6,809.80 | |

LFORM24                                                                                                                                      Ver: 15.00a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-26460 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JOHNSON, IVORY D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9874 BofA - Checking Account |
| Taxpayer ID No: | *******4695 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/26/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - *******9463 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - *******9874 | | | | |
| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 15.00a

LFORM24